1

2

3

4

5

6

7

8

9

10

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. **CR08-00238** |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | [18 U.S.C. § 371: Conspiracy; |
| | ) | 29 U.S.C. § 501(c): |
| MICHELLE TRINH, | ) | Embezzlement Of Funds |
| | ) | Belonging To A Labor |
| Defendant. | ) | Organization] |
| | ) | |
| | ) | |
| | ) | |

The United States Attorney charges:

<u>INTRODUCTORY ALLEGATIONS</u>

At all times material to this Information:

1.   Writers Guild of America, West ("the WGA") was a labor organization engaged in an industry and activity affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act ("LMRDA") and as those terms are defined in Title 29, United States Code, Sections 402(a)-(c), (i) and (j), whose headquarters was located in the City of Los Angeles, California.

2.   Foreign film societies received payments from taxes levied by foreign governments from the sale of blank

DM:dm

videocassettes and digital video disks and from the airing or showing of films and television programs in foreign countries (hereafter collectively referred to as "foreign levies").  Among its various activities, the WGA received a portion of the foreign levies and disbursed them to WGA members or to their heirs and beneficiaries.

3.   Defendant MICHELLE TRINH was employed by the WGA within the meaning of the LMRDA and Title 29, United States Code, Section 501(c).

4.   Co-conspirator T.H. was a friend of defendant TRINH.

5.   The Introductory Allegations are hereby incorporated by reference into each count of this Information.

COUNT ONE

[18 U.S.C. § 371]

A.    OBJECT OF THE CONSPIRACY

Beginning in or about December 2006, and continuing to at least March 7, 2007, in Los Angeles County, within the Central District of California, defendant MICHELLE TRINH ("TRINH") and co-conspirator T.H. conspired and agreed with each other to embezzle, steal, and willfully and unlawfully abstract and convert to their own use money, funds, property and assets of the Writers Guild of America, West (the "WGA"), in violation of Title 29, United States Code, Section 501(c).

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

1.    Defendant TRINH, while employed by the WGA as a Foreign Levies Fund Assistant Administrator, would cause the name of co-conspirator T.H. to be entered into a WGA database in order to make co-conspirator T.H. appear as a beneficiary or heir of a WGA member who would be entitled to receipt of foreign levies received and disbursed by the WGA.

2.    Defendant TRINH would cause the WGA to issue checks drawn on an account consisting of foreign levies held by the WGA in trust made payable to co-conspirator T.H.

3.    Co-conspirator T.H. would endorse and negotiate the checks that defendant TRINH caused to be issued to co-conspirator T.H.

3

4.   Co-conspirator T.H. would give a portion of the money from the checks to defendant TRINH.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendant TRINH and co-conspirator T.H. committed overt acts within the Central District of California including but not limited to the following:

1.   Defendant TRINH entered the name of co-conspirator T.H. into a WGA database in order to make co-conspirator T.H. appear as a beneficiary of a WGA member entitled to foreign levies held in trust by the WGA.

2.   On or about December 21, 2006, defendant TRINH caused WGA check number FR086036 to be drawn in the amount of $5,943.74 and made payable to co-conspirator T.H., even though defendant TRINH knew that co-conspirator T.H. was not entitled to any money from the WGA.

3.   On or about December 21, 2006, co-conspirator T.H. negotiated WGA check number FR086036 in the amount of $5,943.74, even though she knew that she was not entitled to any money from the WGA.

4.   On or about January 29, 2007, defendant TRINH caused WGA check number FR086134 to be drawn in the amount of $7,573.51 and made payable to co-conspirator T.H., even though defendant TRINH knew that co-conspirator T.H. was not entitled to any of the foreign levies represented by that check.

5.   On or about January 30, 2007, defendant TRINH caused WGA check number FR086136 to be drawn in the amount of $3,711.36

4

and made payable to co-conspirator T.H., even though defendant TRINH knew that co-conspirator T.H. was not entitled to any of the foreign levies represented by that check.

6.    On or about February 2, 2007, co-conspirator T.H. negotiated WGA check number FR086134 in the amount of $7,573.51, even though she knew that she was not entitled to any money from the WGA.

7.    On or about February 9, 2007, co-conspirator T.H. negotiated WGA check number FR086136 in the amount of $3,711.36, even though she knew that she was not entitled to any money from the WGA.

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Public Integrity and
Environmental Crimes Section

CHERYL O'CONNOR MURPHY
Assistant United States Attorney
Deputy Chief, Public Integrity and
Environmental Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Public Corruption & Environmental Crimes
Section